IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **KINGSBURY INTERNATIONAL, LTD.** and **NATIONAL ASSOCIATION OF PURCHASING MANAGEMENT CHICAGO, INC.,**<br>    Plaintiffs,<br>vs.<br><br>**TRADE THE NEWS, INC.,**<br>    Defendant. | FILED: MAY 29, 2008<br>08CV3110          TC<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE MASON |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs Kingsbury International, Ltd. and National Association of Purchasing Management Chicago, Inc., by their attorneys, complain of defendant Trade The News, Inc., stating as follows:

1.   **Nature Of The Case.**  This is an action for intentional copyright infringement against defendant Trade The News, Inc. for publishing copyrighted material without the copyright owners' permission, in violation of the copyright owners' exclusive rights.

2.   This Court has jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §1338(a).

3.   **The Parties.**  Plaintiff Kingsbury International, Ltd. ("Kingsbury") is an Illinois corporation which owns and operates an economic consulting business in Highland Park, Illinois.

4.   Plaintiff National Association of Purchasing Management Chicago, Inc. ("NAPM-C") is an Illinois not-for-profit corporation.

5.   Defendant Trade The News, Inc. ("TTN") is a New York corporation that owns and operates a financial reporting broadcast service.

6.  **The Chicago Report**.  Kingsbury, in cooperation with NAPM-C, creates a monthly business index known as the Chicago Business Barometer™, which is published monthly in The Chicago Report and released to the public at 8:45 a.m. Central Time on the last business day of each month.  Upon its monthly public release, the copyrighted work is broadly disseminated.

7.  The Chicago Report, including the Chicago Business Barometer™, is an original work of authorship for purposes of the Copyright Act.

8.  By agreement between NAPM-C and Kingsbury, Kingsbury distributes The Chicago Report, including the Chicago Business Barometer™, each month to Kingsbury's private subscribers at approximately 8:42 a.m. Central Time, three minutes before public release of The Chicago Report.  Each private subscriber pays a subscription fee to Kingsbury for the copyrighted work, which is of value to the subscribers who pay the subscription fee.

9.  The private subscription distribution is both written and performed in a subscription conference call at approximately 8:42 a.m. Central Time.

10.  Each issue of The Chicago Report bears a notice that the issue may be released to the public only after 8:45 a.m. Central Time.

11.  Each subscription conference call broadcast of The Chicago Report includes a notice that the release is copyrighted, and that any rebroadcast, reproduction or publication of the broadcast or its contents prior to public release of

the report at 8:45 a.m. Central Time is strictly forbidden and will be treated as an intentional copyright infringement.

12. At approximately 8:42 a.m. Central Time on May 31, 2007, Kingsbury released the May 31, 2007 issue of the copyrighted work to its private subscribers.

13. At 8:45 a.m. Central Time on May 31, 2007, Kingsbury released the May 31, 2007 issue to the public.

14. **Copyright Ownership and Registration**. Kingsbury and NAPM-C own the copyright in each issue of The Chicago Report, including the Chicago Business Barometer™.

15. Kingsbury and NAPM-C's copyright in the May 31, 2007 release of The Chicago Report including the Chicago Business Barometer™, was registered by the United States Copyright Office, with Registration Number TX 6-815-061, with an effective date of registration of August 13, 2007. A copy of the Certificate of Registration is attached together with a copy of the copyrighted work.

16. **Infringement.** Within seconds after the private subscription release of the copyrighted work at 8:42 a.m. Central Time on May 31, 2007, and before the 8:45 a.m. Central Time public release, defendant TTN publicly distributed parts of the plaintiffs' copyrighted work to TTN's subscribers throughout the world, without the plaintiffs' permission.

17. On May 31, 2007, defendant TTN intentionally infringed upon the copyright owners' exclusive right to distribute and publish their copyrighted work.

18. Plaintiffs sustained damages as the result of defendant TTN's unauthorized premature publication of The Chicago Report. Private subscribers who paid Kingsbury complained that they received the same pre-release copyrighted material through TTN before the public distribution of the copyrighted work, without payment of Kingsbury's subscription fees.

**WHEREFORE**, plaintiffs pray that the Court enter judgment against defendant Trade The News, Inc. for such damages as the plaintiffs have sustained in consequence of defendant's infringement, plus exemplary damages and the plaintiffs' legal fees and costs, with an order directing defendant to account to the plaintiffs for all the defendant's gains, profits and advantages derived by defendant from its infringement, or such damages as to the Court shall appear proper within the provisions of the copyright statutes, together with appropriate injunctive relief to prevent against future infringements by the defendant upon the plaintiffs' copyrights in future releases of The Chicago Report.

**KINGSBURY INTERNATIONAL, LTD. and
NATIONAL ASSOCIATION OF PURCHASING
MANAGEMENT CHICAGO, INC.**

By: _____
One of Their Attorneys

Donald F. Spak
180 North LaSalle St., #2510
Chicago, IL 60601
(312) 214-1818
Attorneys for Kingsbury International, Ltd. and
National Association of Purchasing Management Chicago, Inc.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-815-061**

**Effective date of registration:**

August 13, 2007

## Title

**Title of Work:** the Chicago Report

**Date on Copies** May 2007

**Frequency of publication** Monthly

**Previous or Alternative Title:** NAPM-Chicago Business Survey, The Chicago Business Barometer(tm)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 31, 2007    **Nation of 1st Publication:** United States

## Author

- **Author:** Kingsbury International Ltd.
  **Author Created:** text and compilation

  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** National Assoociation of Purchasing Management-Chicago, Inc.
  **Author Created:** text and compilation

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Kingsbury International Ltd
245 Ridge Road, Highland Park, IL, 60035

**Copyright Claimant:** NAPM-Chicago
11801 W. Silver Spring Drive, Suite 200, Milwaukee, WI, 53225

## Limitation of copyright claim

    Material excluded from this claim: January 31, 2006 updated for current month
    Previously registered: Yes
    Previous registration and year: TX6-342-500    2006
    Basis of current registration: This is a changed version of the work.
    New material included in claim: Results of Business Survey for May 2007

## Certification

    Name: Jack L. Bishop Jr., PhD
    Date: August 3, 2007



*Contact: Jack L Bishop Jr PhD*
KINGSBURY INTERNATIONAL, LTD.
245 Ridge Road
Highland Park, IL  60035
Phone 847 831-4770
Fax 847 831-2846
email:  napmc@kingbiz.com
http://www.kingbiz.com

# Press Release

## *Embargoed until*   31 May 2007 8:45amCT

The NAPM-Chicago Business Survey and *the CHICAGO Report* are copyrighted by Kingsbury International, Ltd. and the National Association of Purchasing Management — Chicago, Inc.

Any publication of the contents of *the CHICAGO Report* prior to public release of *the CHICAGO Report* at 8:45 o'clock am Central Time 31 May 2007 is strictly forbidden and will be treated as an intentional copyright infringement.

**NOTICE:**
No warranty, expressed or implied, is attached to these figures or their use.  While the figures are compiled with professional care, no representations about appropriateness, accuracy, or suitability for specific applications are made.

Case 1:08-cv-03110   Document 1   Filed 05/29/2008   Page 8 of 13

**EMBARGOED FOR RELEASE:**
31 May 2007
8:45am CT

# the CHICAGO Report
National Association of Purchasing Management—Chicago

**2007 May**

## CHICAGO BUSINESS BAROMETER™ Rebounded

The Chicago Purchasing Managers reported the Chicago Business Barometer rebounded strongly, reinforcing the surprising leap in March.
- **NEW ORDERS, ORDER BACKLOGS, AND PRODUCTION** indicated a broadened foundation of economic growth;
- **PRICES PAID** increased;
- **EMPLOYMENT:** substantial gain;
- **BUYING POLICY:** All lead-times shortened.

© 2007 National Association of Purchasing Management—Chicago, Inc. and Kingsbury International, Ltd.
The Chicago Business Barometer is a trademark of the National Association of Purchasing Management- Chicago, Inc.



Notes: Recessions are indicated by gray bars
Readings in red (below) indicate values worse than the prior month

**Next Release:**

# 29 June 2007
8:45amCT

| Business Barometer | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|
| 3 month average | Dec | Jan | Feb | Mar | Apr | May |
| Index | 47.5 | 47.6 | 49.5 | 61.9 | 57.5 | 64.7 |
| Seasonally Adjusted | 51.6 | 48.8 | 47.9 | 61.7 | 52.9 | 61.7 |

| Production | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|
| 3 month average | Dec | Jan | Feb | Mar | Apr | May |
| Higher | 30 | 39 | 31 | 40 | 43 | 50 |
| Same | 40 | 30 | 40 | 48 | 41 | 40 |
| Lower | 30 | 31 | 29 | 12 | 16 | 10 |
| Index | 50.0 | 54.0 | 51.0 | 64.0 | 63.5 | 70.0 |
| Seasonally Adjusted | 49.7 | 53.2 | 51.2 | 64.9 | 62.2 | 69.8 |

Highest level since April 2005

| New Orders | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|
| 3 month average | Dec | Jan | Feb | Mar | Apr | May |
| More | 35 | 27 | 32 | 57 | 45 | 56 |
| Same | 32 | 37 | 39 | 33 | 36 | 37 |
| Fewer | 33 | 36 | 29 | 10 | 19 | 7 |
| Index | 51.0 | 45.5 | 51.5 | 73.5 | 63.0 | 74.5 |
| Seasonally Adjusted | 56.3 | 46.3 | 48.7 | 72.2 | 56.5 | 71.1 |

Rebounded shy of March level

| Order Backlogs | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|
| 3 month average | Dec | Jan | Feb | Mar | Apr | May |
| Larger | 22 | 26 | 21 | 34 | 29 | 27 |
| Same | 33 | 36 | 48 | 46 | 44 | 52 |
| Smaller | 45 | 38 | 31 | 20 | 27 | 21 |
| Index | 38.5 | 44.0 | 45.0 | 57.0 | 51.0 | 53.0 |
| Seasonally Adjusted | 44.5 | 46.4 | 44.3 | 54.0 | 48.4 | 53.0 |

Recovered most of April loss

**NOTICE:**
No warranty, expressed or implied, is attached to these figures or their use. While the figures are compiled with professional care, no representations about appropriateness, accuracy, or suitability for specific applications are made.



| Inventories | | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|---|
| 3 month average | | Dec | Jan | Feb | Mar | Apr | May |
| | Larger | 23 | 19 | 38 | 18 | 20 | 31 |
| | Same | 49 | 39 | 37 | 62 | 50 | 46 |
| | Smaller | 28 | 42 | 25 | 20 | 30 | 23 |
| Index | | 47.5 | 38.5 | 56.5 | 49.0 | 45.0 | 54.0 |
| | Seasonally Adjusted | 48.9 | 41.9 | 54.5 | 48.8 | 43.2 | 52.6 |
| Continues near equilibrium | | | | | | | |

| Employment | | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|---|
| 3 month average | | Dec | Jan | Feb | Mar | Apr | May |
| | More | 15 | 7 | 16 | 17 | 24 | 33 |
| | Same | 60 | 67 | 73 | 62 | 54 | 57 |
| | Fewer | 25 | 26 | 11 | 21 | 22 | 10 |
| Index | | 45.0 | 40.5 | 52.5 | 48.0 | 51.0 | 61.5 |
| | Seasonally Adjusted | 48.2 | 42.8 | 50.6 | 45.0 | 50.5 | 57.3 |
| Highest since April 2005 | | | | | | | |

| Supplier Deliveries | | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|---|
| 3 month average | | Dec | Jan | Feb | Mar | Apr | May |
| | Faster | 18 | 15 | 21 | 14 | 18 | 13 |
| | Same | 72 | 70 | 68 | 81 | 73 | 80 |
| | Slower | 10 | 15 | 11 | 5 | 9 | 7 |
| Index | | 46.0 | 50.0 | 45.0 | 45.5 | 45.5 | 47.0 |
| | Seasonally Adjusted | 45.7 | 52.2 | 46.5 | 45.8 | 43.4 | 45.3 |
| Rate of index decline slowed | | | | | | | |

| Prices Paid | | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|---|
| 3 month average | | Dec | Jan | Feb | Mar | Apr | May |
| | Higher | 34 | 28 | 36 | 31 | 40 | 43 |
| | Same | 53 | 51 | 51 | 62 | 57 | 57 |
| | Lower | 13 | 21 | 13 | 7 | 3 | 0 |
| Index | | 60.5 | 53.5 | 61.5 | 62.0 | 68.5 | 71.5 |
| | Seasonally Adjusted | 56.9 | 54.9 | 63.2 | 59.1 | 64.9 | 70.2 |
| Inflation became more pervasive | | | | | | | |

| Buying Policy: Production Materiels | 2006 | 2007 | | | | |
|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May |
| less than 11 days | 37 | 38 | 40 | 46 | 36 | 33 |
| 11-15 days | 17 | 15 | 12 | 15 | 12 | 24 |
| 16-30 days | 8 | 17 | 12 | 15 | 6 | 20 |
| 31-60 days | 30 | 19 | 26 | 17 | 22 | 10 |
| more than 60 days | 8 | 11 | 10 | 7 | 24 | 13 |
| Average Days | 30.3 | 28.0 | 26.0 | 20.9 | 46.8 | 28.5 |
| Seasonally Adjusted | 30.2 | 27.6 | 25.3 | 24.0 | 42.0 | 26.6 |
| Fell to the range of the past year | | | | | | |

| M.R.O. Supplies | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|
| 0-1 day | 16 | 19 | 17 | 10 | 15 | 14 |
| 2-3 days | 21 | 27 | 12 | 22 | 26 | 17 |
| 4-5 days | 19 | 19 | 29 | 32 | 12 | 28 |
| 6-10 days | 16 | 11 | 17 | 15 | 14 | 17 |
| more than 10 days | 28 | 24 | 25 | 21 | 33 | 24 |
| Average Days | 10.5 | 9.2 | 9.5 | 14.8 | 14.3 | 8.6 |
| Seasonally Adjusted | 10.0 | 9.5 | 9.7 | 13.8 | 14.4 | 10.1 |
| Returned toward norm from historical record | | | | | | |

| Capital Equipment | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|
| 15 days | 5 | 10 | 4 | 8 | 12 | 10 |
| 30 days | 12 | 6 | 5 | 8 | 12 | 7 |
| 60 days | 9 | 18 | 15 | 17 | 6 | 21 |
| 90 days | 35 | 30 | 32 | 27 | 26 | 14 |
| 6mths-1year | 39 | 36 | 44 | 40 | 44 | 48 |
| Average Days | 122.5 | 114.6 | 132.5 | 121.7 | 126.4 | 132.0 |
| Seasonally Adjusted | 125.8 | 126.6 | 129.3 | 110.9 | 127.0 | 125.2 |
| Still at late 2006 / early 2007 reading | | | | | | |

For more information, contact

**KINGSBURY INTERNATIONAL, LTD.**

phone: 847 831-4770  
e-mail: napmc@kingbiz.com

fax: 847 831-2846  
http://www.kingbiz.com

# FROM THE SOURCE
*an occasional feature*
## Selected Comments from Members of the Survey Panel

Each month, the survey panelists have the opportunity to add comment (s) to further clarify the activity of their business. As appropriate, the report includes comments selected for their insight. No attempt is made to ensure that the nature of the comments represent the survey panel as a whole.

1. "Our competitive landscape is becoming severe. Pressure to reduce expenses continues unabated."
2. "About the same.... "
3. "In place of a "peace dividend," Iraq is a moral and financial drag on our business."
4. "From a retail viewpoint sales are down. Customer count is off. High gasoline pricing? Anyone's guess."
5. "Most of inventory increase has been to buying SS [Stainless Steel] to offset the continued monthly increases due to surcharges."
6. "Seems manufacturers are using any excuse they can to increase prices."
7. "Seems to be moving along well with orders. Prices are not coming down however, fuel surcharges are staying the same not lowering. "

Kingsbury INTERNATIONAL LTD

Contact: Jack L Bishop Jr PhD
KINGSBURY INTERNATIONAL, LTD.
245 Ridge Road
Highland Park, IL  60035
Phone 847 831-4770
Fax 847 831-2846
email:  napmc@kingbiz.com
http://www.kingbiz.com

# Press Release

**Embargoed until
31 May 2007 8:45amCT**

## Chicago Business Barometer™ Leaps Again

**Summary:**

The strong surge in the May CHICAGO Report confirms evidence, first seen in March, of a strengthening economy over the next year. The Chicago Business Barometer,™ produced by the National Association of Purchasing Management—Chicago, supports the idea that the US economy is getting it's second wind, setting the stage for resumed economic growth through the rest of the year and into 2008. While the current lack-luster real GDP growth tells a story of an economy faltering in late 2006 and early 2007, the Chicago Business Barometer provides more than just hope for increased employment and economic activity into 2008.

**The Chicago Report.**

The Chicago Business Barometer gained almost 9 points to match the March level and repeat the highest level since March 2005. The May report confirmed the strength of the March report, surprising many skeptics. While not only a strong report on its own, the confirmation provided additional evidence that the decline in the Business Barometer that began in early 2005 may be at its end. That downturn in the Barometer foretold, by the rule-of-thumb year and a half, the slowdown in the US economy.

The components of the May report line up to form the strength for the Chicago Business Barometer. The increased Production index means that more organizations have higher levels of opera-

tions in May than in April. The rising New Order and Order Backlog indexes provide evidence of increased participation in economic growth. An Inventory index that is rising, but slower than Production and New Orders, doesn't hint of problems with either too much or too little balance in inventory levels. Employment index that rises, but not as fast as Production and New Orders also is consistent with balanced economic growth. The Supplier Delivery index, below 50 since January, meaning faster deliveries and weakening operations, is a cloud in the economic sky. The Prices Paid index is a good news / bad news story. To the extent that the strong price behavior is evidence of strong demand, the May report is a good sign for the future. However, to the extent that the increase represents passing through of food and fuel cost increases, expected increases in interest rates would add to more clouds in the future. While value of the Prices Paid index is the end of a series of irregular increases since the first of the year, the May result remains below the recent peak of 88 in June last year providing some degree of hope for the future.

The fundamental strength (and weakness) of the Chicago Report may come from its very sensitive measure of economic activity. While often called a "manufacturing" report, the Chicago Purchasing Manager Survey covers the full range of economic activity, including the growing service sector. In addition, the survey involves business activity of the panel of firms, regardless of the location of that activity. Thus the activities of the organizations surveyed for the CHICAGO Report have at least some activity in Chicago. Chicago may be the whole immediate world of the operation, from Chicago suppliers through Chicago employees to Chicago customers. However most, if not all, organizations are driving, and being driven by, a global economy. Accordingly, the Chicago Business Barometer was designed to reflect future national economic activity… and the May economic verdict is clear skies and soft breezes as we head into summer.

Jack L Bishop Jr, PhD    KINGSBURY INTERNATIONAL LTD.

# A STATISTICAL SUMMARY

## 1970 – 2006

|  | Minimum | Mean | Median | Maximum |
|---|---|---|---|---|
| **Chicago Business Barometer** | **37.2** | **54.7** | **55.6** | **79.4** |
| Production | 37.8 | 58.1 | 59.4 | 82.1 |
| New Orders | 36.5 | 56.7 | 58.1 | 82.0 |
| Order Backlogs | 30.2 | 49.5 | 49.8 | 79.7 |
| Inventories | 33.3 | 50.0 | 50.3 | 73.6 |
| Employment | 23.6 | 49.3 | 50.4 | 67.5 |
| Supplier Deliveries | 38.2 | 53.2 | 51.5 | 97.3 |
| Prices Paid | 34.8 | 68.1 | 67.2 | 100.0 |
| **Buying Policy** (days): | Minimum | Mean | Median | Maximum |
| Production Materiels | 15.8 | 34.7 | 32.1 | 112.0 |
| MRO Supplies | 1.8 | 10.5 | 9.7 | 42.2 |
| Capital Equipment | 76.0 | 149.3 | 150.9 | 229.0 |

## 2000 – 2006

|  | Minimum | Mean | Median | Maximum |
|---|---|---|---|---|
| **Chicago Business Barometer** | **37.2** | **54.4** | **54.9** | **67.2** |
| Production | 37.8 | 58.2 | 59.5 | 74.9 |
| New Orders | 36.5 | 57.2 | 59.1 | 74.9 |
| Order Backlogs | 30.2 | 47.6 | 48.3 | 60.6 |
| Inventories | 33.3 | 47.7 | 46.7 | 66.7 |
| Employment | 23.6 | 47.0 | 48.2 | 63.1 |
| Supplier Deliveries | 41.0 | 53.1 | 52.1 | 67.6 |
| Prices Paid | 40.5 | 64.6 | 63.7 | 87.8 |
| **Buying Policy** (days):* | Minimum | Mean | Median | Maximum |
| Production Materiels | 19.2 | 25.9 | 25.4 | 37.2 |
| MRO Supplies | 6.4 | 9.3 | 9.1 | 14.3 |
| Capital Equipment | 75.9 | 105.0 | 103.1 | 139.3 |

* Note: Enhanced sensitivity of series, not strictly comparable with earlier results