# United States District Court for the Northern District of Illinois

Case Number: 08CV3110    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_1_ Original and _0_ copies on _06/03/08_ as to _TRADE THE NEWS INC_
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05