# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KINGSBURY INTERNATIONAL, LTD. and NATIONAL ASSOCIATION OF PURCHASING MANAGEMENT CHICAGO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRADE THE NEWS, INC., <br><br> Defendant. | Civil Action No. 08 CV 03110 (GWL) <br><br> Judge George W. Lindberg |

## NOTICE OF MOTION

TO:　Donald F. Spak
　　　180 N. LaSalle St., #2510
　　　Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **September 3, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge George W. Lindberg, or in his absence, before any other Judge who may be sitting in his stead, in Courtroom 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant's Motion to Dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim, Or in the Alternative Motion for a More Definite Statement**, which is hereby served upon you.

Date:　August 26, 2008　　　　　　　　　　　　　　　　　Respectfully submitted,

2

/s/Joseph T. Kucala, Jr.
Joseph V. Norvell (6225747)
Joseph T. Kucala, Jr. (6275312)
**NORVELL IP llc**
1776 Ash Street
Northfield, Illinois 60093
jkucala@norvellip.com
Phone: (847) 809-2212
Fax: (312) 268-5063

Marc A. Lieberstein (MAL 7116)
(pro hac vice admission pending)
Barry M. Benjamin (BMB 7350)
(pro hac vice admission pending)
Rebecca L. Griffith (RLG 7884)
(pro hac vice admission pending)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Phone: (212) 297-5800
Fax: (212) 916-2940

*Attorneys for Defendant,*
*Trade The News, Inc*
.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 26, 2008, a copy of the foregoing NOTICE OF MOTION was electronically filed with the Clerk of Court for the Northern District of Illinois by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Donald F. Spak
180 N. LaSalle St., #2510
Chicago, IL 60601
don@spaklaw.com

Dated: August 26, 2008

　　/s/Joseph T. Kucala, Jr.　　
Joseph T. Kucala, Jr.