# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3110 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Kingsbury Intl v. Trade The News, Inc. | | |

**DOCKET ENTRY TEXT**

Motion by Marc A. Lieberstein(9), Rebecca L. Griffith (11) and Barry M. Benjamin (10) for leave to appear pro hac vice is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|